IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEYSHALEE LIZASUAIN, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 19-cv-00226 |
| v. | ) ) | |
| UNITED COLLECTION BUREAU, INC., | ) ) | Hon. Robert M. Dow, Jr. |
| Defendant. | ) | |

**Joint Status Report**

Plaintiff Neyshalee Lizasuain and Defendant United Collection Bureau, Inc., by counsel, submit the following Joint Status Report in advance of the Initial Status Conference scheduled for March 22, 2019.

    A.    **Attorneys of Record:**

**Plaintiff**
Celetha Chatman
Michael Wood
*Community Lawyers Group Ltd.*
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

**Defendant**
Ethan G. Ostroff
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-7510
Email: ethan.ostroff@troutman.com

B. **Federal Jurisdiction:** This Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff alleges violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

C. **Claims Asserted In Complaint:**

1. UCB misrepresented the character of an alleged debt and made a false threat, in violation of 15 U.S.C. §§ 1692e and 1692e(5), when it stated other charges could be added to the balance of a charged off debt.

2. UCB failed to properly disclose the amount of an alleged debt, in violation of § 1692g(a)(1), when it provided a balance and improperly stated that other charges might increase that balance.

3. No counter-claims are currently being asserted.

D. **Service of Process:** All parties have been served.

E. **Legal and factual issues for the Plaintiff**: The key issues for the Plaintiff, will be whether Defendant is a debt collector, whether Plaintiff is a consumer, whether Defendant's communications violate the FDCPA, and the validity of Defendant's affirmative defenses.

F. **Legal and factual issues for the Defendant**: The key issues for the Defendant, will be whether Plaintiff can satisfy the threshold elements to state a claim under the FDCPA, whether the correspondence attached to Plaintiff's Complaint violates any provision of the FDCPA and whether Plaintiff can satisfy the elements of Fed. R. Civ. P. 23.

G. **Jury Trial:** Plaintiff's Complaint requests a jury trial.

H. **Discovery:** To date, no discovery has been requested. Discovery needed and proposal for discovery deadlines:

1. The Discovery needed will be Requests for Productions, Requests to Admit & Interrogatories;
2. MIDP Responses will be due on April 8, 2019;
3. Fact Discovery will close on August 6, 2019;
4. Neither party anticipates the discovery of electronically stored information (ESI). If either party believes that they must use ESI, they will timely notify the other party.
5. The parties will need 2-3 depositions.
6. Neither party anticipates calling expert witnesses at this time. If either party believes that they may use expert testimony, they will timely notify the other party so disclosures can be made.

I. **Trial:** The parties have not ascertained a date for trial. Plaintiff anticipates trial will last 1-2 days.

J. **Consent to Magistrate Jurisdiction:** The parties do not unanimously consent to proceed before a Magistrate Judge.

K. **Status of Settlement Discussions:** Plaintiff has not yet made a class settlement demand.

L. **Settlement Conference:** The parties at this time do not request a settlement conference.

Dated: March 20, 2019

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| s/*Celetha Chatman* <br> Celetha Chatman <br> Michael Wood <br> Community Lawyers Group Ltd. <br> 73 W. Monroe Street, Suite 514 <br> Chicago, IL 60603 <br> Ph: (312)757-1880 <br> Fx: (312)476-1362 <br> cchatman@communitylawyersgroup.com <br> mwood@communitylawyersgroup.com <br> *Attorneys for Plaintiff* | s/ *Ethan G. Ostroff* <br> Ethan G. Ostroff <br> Troutman Sanders, LLP <br> 222 Central Park Ave., Suite 2000 <br> Virginia Beach, VA 23462 <br> Telephone: (757) 687-7541 <br> Facsimile: (757) 687-7510 <br> Email: ethan.ostroff@troutman.com <br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Celetha Chatman, an attorney, hereby certify that on March 21, 2019, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 21, 2019**　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Celetha Chatman*

.